UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC REIN, | Case No. 06cv2281-H (BLM) |
| Plaintiff, | **ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |
| v. | |
| HILTI, INC.; and DOES 1-30, inclusive, | |
| Defendants. | |

On September 12, 2007, Defendant filed a Notice of Settlement informing the Court that the parties have settled in principle and anticipate filing a Joint Motion for Dismissal on or before October 12, 2007.  Doc. No. 16.

Therefore, in light of the parties' Notice of Settlement, a joint motion for dismissal of this case, signed by counsel of record and all parties, must be filed no later than **October 12, 2007**.  A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day.  If the signed joint motion for

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing

dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **October 12, 2007**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **October 18, 2007** at **9:00 a.m.** in Courtroom A.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

All other pending dates before Magistrate Judge Major are hereby vacated. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

**IT IS SO ORDERED.**

DATED: September 13, 2007

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE MARILYN L. HUFF
U.S. DISTRICT JUDGE

ALL COUNSEL

---

Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").